1  Anthony O. Egbase, (SBN 181721)
   **LAW OFFICES OF ANTHONY O. EGBASE**
2  The Wold Trade Center
   350 South Figueroa Street, Suite 189
3  Los Angeles, California 90071
   Tel.(213)620-7070;  Fax. (213)-620-1200
4

5  Attorney For Debtor,

6

7

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11                                        )              **Case Number : 2:10-bk-39295-TD**
                                          )
12 Re:                                    )
                                          )          Chapter 11
13 SEQUOIA DAY INVESTEMENT, INC            )
                                          )          **NOTICE OF FILING OF CHAPTER 11**
14                                        )          **PETITION; IMPOSITION OF**
                Debtor In Possession      )          **AUTOMATIC STAY; RIGHTS OF**
15                                        )          **DEBTOR IN POSSESSION TO OPERATE**
                                          )          **BUSINESS AND USE ESTATE PROPERTY**
16                                        )
17
   _____
18

19

20

21 TO THE HONORABLE THOMAS DONOVAN,   UNITED STATES BANKRUPTCY JUDGE;

22 THE OFFICE OF THE UNITED STATES TRUSTEE; THE DEBTOR'S TWENTY-LARGEST

23 UNSECURED CREDITORS; TILE DEBTOR'S SECURED CREDITORS; AND ALL OTHER

24 PARTIES ENTITLED TO NOTICE:

25

26     PLEASE TAKE NOTICE that on July 16, 2010, **Sequoia Day Investment, Inc**, a California

27 corporation (the "Debtor") filed a voluntary petition for relief, commencing this chapter 11 case in the

28

1    United States Bankruptcy Court for the Central District of California. Los Angeles Division.

2    Bankruptcy Code section 362 provides for an automatic stay, applicable to all entities, of the

3    following:

4

5       1. the commencement or continuation, including the issuance or employment of process, of a
judicial, administrative, or other action or proceeding against the debtor that was or could

6    have been commenced before the commencement of the case under this title, or to recover a
claim against the debtor that arose before the commencement of the case under this title;

7

8    2. the enforcement, against the debtor or against property of the estate, of a judgment obtained
before the commencement of the case under this title;

9

10   3. any act to obtain possession of property of the estate or of property from the estate, or to
exercise control over property of the estate;

11   4. any act to create, perfect, or enforce any lien against property of the estate;

12

13   5. any act to create, perfect, or enforce against property of the debtor any lien to the extent that
such lien secures a claim that arose before the commencement of the case under this title;

14   6.  any act to collect, assess, or recover a claim against the debtor that arose before the
commencement of the case under this title;

15

16   7. the setoff of any debt owing to the debtor that arose before the commencement of the case
under this title as against any claim against the debtor; and

17

18   8. the commencement or continuation of a proceeding before the United States Tax Court
concerning a corporate debtor's tax liability for a taxable period the bankruptcy court may

19   determine or concerning the tax liability of a debtor who is an individual for a taxable period
ending before the date of the order for relief under this title.

20

21   See 11 U.S.C. §362(a).

22      PLEASE TAKE FURTHER NOTICE that Bankruptcy Code section 362(k) provides that any

23   entity injured by a willful violation of the automatic stay "shall recover actual damages,

24

25   including costs and attorneys' fees, and, in appropriate circumstances, may recover punitive

26   damages." See 11 U.S.C. § 362(k).

27

28

**NOTICE OF FILING CHAPTER 11**                                         2

1    PLEASE TAKE FURTHER NOTICE that Bankruptcy Code section 1107(a) grants to a debtor

2  in possession all the rights and powers of a trustee. 11 U.S.C. § 1107(a). Under Bankruptcy Code

3  section 1108, these rights and powers include the right to operate the debtor's business and manage its

4  affairs. 11 U.S.C. § 1108. A debtor in possession also may enter into transactions and use estate

5  property in the ordinary course of business without notice or a hearing:

6

7    If the business of the debtor is authorized to be operated under section .. . 1108 . ... of

8    this title and unless the court orders otherwise, the trustee may enter into transactions,

9    including the sale or lease of property of the estate, in the ordinary course of business, without

10   notice or a hearing, and may use property of the estate in the ordinary course of business

11   without notice or a hearing.

12

13 11 U.S.C. § 363(c). As permitted by Bankruptcy Code sections 1107(a) and 1108, the Debtor is

14 operating its business and managing its affairs as a debtor and debtor in possession.

15

16 Dated: July 19 , 2010                     Law Offices of Anthony 0. Egbase & Associates

17

18

19                                          Anthony O. Egbase, Esq
                                            Proposed Reorganization Counsel for  Debtor and
20                                          Debtor in Possession SEQUOIA DAY INVESTMENT
                                            INC.
21

22

23

24

25

26

27

28

**NOTICE OF FILING CHAPTER 11**

3

| In re:<br><br>**Sequoia Day Investment, Inc.**<br><br><div align="right">Debtor(s).</div> | CHAPTER: **11**<br><br>CASE NUMBER: **2:10-bk-39295** |
| --- | --- |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**World Trade Center, 350 S. Figueroa Street, Suite 189, Los Angeles, CA 90071**

A true and correct copy of the foregoing document described as   **NOTICE OF FILING OF CHAPTER 11 PETITION; IMPOSITION OF AUTOMATIC STAY; RIGHTS OF DEBTOR IN POSSESSION TO OPERATE BUSINESS AND USE ESTATE PROPERTY**    will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On   **7/20/2010**     I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

<div align="center">☒ Service information continued on attached page</div>

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **7/20/2010**     I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

<div align="center">☒ Service information continued on attached page</div>

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

<div align="center">☐ Service information continued on attached page</div>

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **July 20, 2010** | **JOANNE SANCHEZ** | |
| --- | --- | --- |
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Sequoia Day Investment, Inc.
35 Via Costa Verde, Rancho Palos Verdes
Rancho Palos Verdes, CA 90275


Anthony O. Egbase
Law Office of Anthony O. Egbase & Associates
The World Trade Center
350 S. Figueroa Street, Suite 189
Los Angeles, CA 90


BAC Home Loan Servicing, Lp
PO Box 10219
Van Nuys, CA 91410


Bank Of America
Attn: Bankruptcy NC4-105-03-14
Po Box 26012
Greensboro, NC 27410


Beach Business Bank
1230 Rosecrans Ave,, Suite 100
Manhattan Beach, CA 90266


Capital One Bank
11013 W Board Sr
Glen Allen, VA 23060


Chase
po box 94014
Palatine, IL 60094-4014


Chase
P.O. Box 94014
Palatine, IL 60094

Chase Home Finance
PO Box 24573
Columbus, OH  43224


Citi
PO Box 6241
Sioux Falls, SD  57117


Mitchell B. Ludwig
Knapp, Ptersen & Clerk
550 N. Brand, Suite 1500
Glendale, CA  91203


Oxford Collection Services
135 Maxess Road
Melville, NY  11747


Specialized Loan Servicing, LLC
PO Box 636005
Littleton, CO  80163


United Savings Bank
711 Van Ness Ave, Suite 270
San Francisco, CA  94102


United States Trustee
725 So. Figueroa St.
26th Floor
Los Angeles, CA  90017