**FILED & ENTERED**

JUL 21 2010

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** penning **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No: 2:10-bk-39295-TD |
| Sequoia Day Investment, Inc., | Chapter: 11 |
| | ORDER (1) SETTING HEARING ON STATUS OF CHAPTER 11 CASE AND (2) REQUIRING STATUS REPORT |
| Debtor. | Date:  September 8, 2010<br>Time:  10:00 a.m.<br>Location:  Courtroom 1345 |

Debtor is hereby notified that a status conference hearing shall take place in this Chapter 11 case at the above-captioned time and place.  A written Status Report is required.  At the status conference, among other things, the court may set deadlines for filing proofs of claims and interests, for filing of a plan and disclosure statement and for confirmation of a plan.

The Debtor shall give notice of the status conference to all creditors, the U. S. Trustee and Creditors' Committee counsel (if any) or to the 20 largest unsecured creditors if no committee has been appointed. The Debtor shall give such notice by mailing a copy of this order to all such parties within 48 hours after Debtor receives this order.  The Debtor shall file a proof of service with the court.

The Debtor shall file a Status Report with the court, deliver a file-stamped JUDGE'S COPY to 255 E. Temple Street, Suite 1352, Los Angeles, California, 90012, and serve a copy on the U. S. Trustee and all official committees 14 days before every status conference hearing in this case.  The Judge's Copy must be stamped "JUDGE'S COPY" on the front page,

per LBR 5005-2(d) and Court Manual section 3-5(b).  Exhibits to the judge's copy must be tabbed.  LBR 5005-2(d)(1).  The Status Report must be delivered to chambers within 24 hours after filing.

The Status Report and all proposed disclosure statements shall be supported by evidence in the form of declarations and supporting documents.

The Status Report shall:

I. Describe the events that led up to and caused the filing of this Chapter 11 case.

II. Describe the status of the Debtor's post-petition operations and its major assets and liabilities.

III. Describe the status of all postpetition litigation.

IV. State whether the estate has any potential avoidance actions as described in 11 U.S.C. §§ 544-550.  If so, briefly state whether complaints have been filed.  If complaints have not been filed, explain why not and estimate when they will be filed.

V. Disclose whether the Debtor is in compliance with all of its duties under 11 U.S.C. §§ 521, 1106, and 1107 and all applicable guidelines of the Office of the U. S. Trustee.  If not, explain why not.

VI. Disclose whether the Debtor has employed any professionals.  If so, whether the court has approved the employment.  If the Debtor has not sought or obtained approval of professional employment, explain why not.

VII. Estimate when a disclosure statement will be filed and served, if one has not been filed already.  If a disclosure statement cannot be filed within the first 120 days of this case, explain the reasons for delay.

VIII. State the Debtor's proposed deadline for filing proofs of claims.

Any party who files a disclosure statement and plan in this case must use this court's suggested forms unless excused from doing so by a court order based upon a written application explaining why the court's forms are not appropriate in this case.  The court's forms can be downloaded from the court's Website, which is located at *<http://www.cacb.uscourts.gov>*.  The forms also can be downloaded onto a diskette at the Public Information Center in the clerk's office on your own formatted 3.5" diskette.

Failure to comply with any provision of this order may be deemed consent to the conversion or dismissal of this case.

IT IS SO ORDERED.

DATED: July 21, 2010

_____
United States Bankruptcy Judge

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER (1) SETTING HEARING ON STATUS OF CHAPTER 11 CASE AND (2) REQUIRING STATUS REPORT
was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 7/19/10, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Anthony Egbase on behalf of Debtor Sequoia Day Investment, Inc.
info@anthonyegbaselaw.com

Mitchell B Ludwig on behalf of Creditor JPMorgan/Chase
mbl@kpclegal.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

<u>Debtor</u>
Sequoia Day Investment, Inc.
35 Via Costa Verde, Rancho Palos Verdes
Rancho Palos Verdes, CA 90275

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

- 4