Anthony O. Egbase, Esq. SB#181721
Law Offices of Anthony O. Egbase & Associates
350 S. Figueroa Street, Suite 189
Los Angeles, CA 90071
Tel: (213) 620-7070; Fax: (213) 620-1200

Proposed Attorney for Chapter 11 Debtor and Debtor in Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>**SEQUOIA DAY INVESTMENT INC.**<br><br>Debtor. | Case No. **2:10-bk-39295-TD**<br><br>Chapter 11<br><br>**DEBTOR'S RESPONSE TO J.P. MORGAN CHASE BANK, N.A. OBJECTION TO DEBTORS MOTION FOR ORDER AUTHORIZING DEBTOR AND DEBTOR IN POSSESSION TO USE CASH COLLATERAL;**<br><br>DECLARATION OF GERALD EGBASE<br><br>**Hearing:**<br><br>**Date:** Aug. 12, 2010<br><br>**Time: 2:00 P.M.**<br><br>**Place:** Courtroom 1345<br>Roybal Federal Building<br>255 E. Temple St.<br>Los Angeles, CA 90012 |

1

Case 2:10-bk-39295-TD   Doc 28   Filed 08/10/10   Entered 08/10/10 21:01:41   Desc
Main Document     Page 2 of 20

SEQUOIA DAY INVESTMENT INC. Debtor and Debtor in possession hereby proffers the following response to Creditor J.P. Morgan Chase Bank ( Chase) Objection to Debtor's motion for order authorizing the use of cash collateral on the interim basis.

### Debtor Has Proffered Detailed And Substantiated Budget ( Income And Operating Expenses) Evidencing Aggregate Positive Income From Properties Relating To Creditor Chase

Creditor Chase, has a security interest by first deeds of trust on two of the Debtors properties located 12313 York Avenue Hawthorne, California (York Property) and 124 E. Buckthorn Street, Inglewood, Ca. (Buckthorn Property).

Chase objected to the Debtor use of Cash collateral on these properties to pay its post petition mortgage payments and corresponding operating expenses, on the grounds that that the Debtors comprehensive Budget on all its properties shows a negative projected net income.

Though Creditor Chase has interest on only 2 of the Debtor 4 real estate properties, Chase makes a blanket objection based on the budget relating to the Debtor's four real estate properties.

Chase in it objection failed to acknowledge the detail income and expense report and current rent roll (Exhibit 2) tendered to it on July 29, 210, upon a request from Eric Miller, the Portfolio Analyst of Chase Commercial Term. As substantiated by the Declaration of Gerald Egbase attached herein, due to typographical error on Chase Counsel (Mr. Ludwig's) email address, counsel for Chase did not receive the documents until August 4, 2010. Mr. Ludwig indicated that Chase needs more time to review the documents. Chase Objection is a manifested lack of opportunity to appreciate the detail of the Debtors Budget projection.

However, to further address the concerns raised by Chase, on August 9, 2010, the Debtor provided a more detail and comprehensive monthly Budget (income and operating expenses) in relation to each property (Exhibit 1) to Chase for further evaluation.

The comprehensive monthly Budget (income and operating expenses) (Exhibit 1) in relation to the two properties on which Chase possess its security interest substantiates that there is a positive net monthly income of $1,131.00 in relation to the property located at 124 E.

Buckthorn Street, Inglewood, Ca. (Buckthorn Property); and a minimal negative projected monthly income of $308.00 from the property located at 12313 York Avenue Hawthorne, California (York Property)

The two vacant office suites in the property located at 13663 Prairie Avenue, Hawthorne, California (Prairies Avenue Property), substantially affects the Debtors aggregate Budget, for the combined 4 real estate properties. However, pending the court's approval, the Debtor has consummated a Cash Collateral Stipulation with the Creditor (lender) Beach Business Bank allowing it to use the Cash Collateral of Creditor Beach Business Bank in relation to the Prairie Avenue Property.

Creditor Specialized Lending Services, LLC (SLS, LLC) possesses the secured lien on the property located at 519 Moorehaven Drive Property, Carson, California. (Moorehaven Property) Debtor is in negotiation with Creditor SLS, LLC, and the Creditor wishes to review the Debtor's proposal to reach a consensual Plan and have not filed any objection to the Debtor's motion for order authorizing Debtor to the Cash Collateral from the Moorehaven Property.

Chase objection to the Debtor motion is improper, hence the Debtor respectfully request that the Court overrule Chase's Objection and enter an Order authorizing Debtor to use the Cash Collateral from the properties to make its post petition mortgage payments and pay for the necessary operating expenses, on an interim basis pending the final hearing.

Dated: July 23, 2010

LAW OFFICES OF ANTHONY O. EGBASE & ASSOCIATES

By: /s/ Anthony O. Egbase
ANTHONY O. EGBASE.
Proposed Counsel For Debtor Sequoia Day Investment, Inc..

**Declaration of Gerald O. Egbase, In Support Of Debtor Response To Creditor Chase Objection.**

**I Gerald O. Egbase, declares as follows,**

1. I am an attorney at law, qualified to practice in all courts of the States of California, and before the United States District Court for the Central District of California.

2. . I have personal knowledge of the matters set forth in this declaration, except where stated upon information and belief, and as to such statements, I believe them to be true. I make this declaration pursuant to local bankruptcy rules LBR 9013-1(l)

3. On July 19, 2010, I caused copies of Application For Order Setting Hearing On Shortened Notice, and First Day Emergency Motions, together with all papers filed in support thereof, were served, via overnight mail (for receipt on the morning of July 20, 2010), upon the Office of the United States Trustee, the Debtor's secured creditors and their counsel (if known), the Debtor's 20 largest unsecured creditors, parties affected by the respective Motions, and other parties in interest.

4. Following the July 23, 2010, court order setting the hearing on the First Day Motions, on July 23, 2010, a Notice of Hearing regarding First Day Motion was served by overnight mail (for receipt by the morning of July 26, 2010), upon the Office of the United States Trustee, the Debtor's secured creditors and their counsel (if known), the Debtor's 20 largest unsecured creditors, parties affected by the respective Motions.

5. I thereafter contact all the secured Creditors in effort to secure their consent in regards to the Debtors use of cash collateral.

6. On July 27, 2010, Eric Austin Miller, the Portfolio Analyst of Chase Commercial Term, Lending sent a requested to my office for the Debtor to complete 2009 income and expense report and a current rent roll for the properties belonging to Chase in order for Chase to perform an internal annual review of the loan and it's performance prior to making a determination on whether to consent to allowing the Debtors to use its cash collateral.

4

7. Eric Austin Miller, of Chase provided my office with a form format from Chase to use in providing the requested information.

8. On July 29, 2010, Debtor completed and provided 2009 and 2010 income and expense report and current rent roll (Exhibit 2) to Eric Austin Miller of Chase. I also tried to send a copy of the documents to Counsel for Chase Mr. Ludwig. However, during my telephone discussion with him on August 4, 2010, Counsel Mr. Ludwig revealed that he did not receive the documents. Upon confirmation I realized that I had an error on his email address.

9. Mr. Ludwig informed me that Creditor Chase needs more time to review the details of the 2009 income and expense report and requested that we agree for Chase to file a late response to the Debtor Motion, otherwise that the Creditor will have to file an objection.

10. I indicated to Mr. Ludwig that I do not believe that the parties have ability to extend the court scheduled filing dates by agreement, that under the circumstance Debtor will not make an issue of the Creditor's opposition if it is filed late.

11. Following the Objection of Chase to Debtor's Motion to use cash collateral, the Debtor proceeded to provide a further detail projection of the income and operating expenses in relation to each of the Debtor's property. (Exhibit 1). This projection provides detail of the monthly rental income and the relating monthly operating expenses for each property, in order to sufficiently address the concerns raised by the Creditor Chase Objection.

I declare and verify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: August 10, 2010

Name: <u>Gerald O. Egbase</u>

_____
Declarant.

# EXHIBIT 1

SEQUOIA DAY INVESTMENT, INC.
Budget - BUCKTON
For the 6 Months Ending December 31, 2010

|  | Jul-10 | Aug-10 | Sep-10 | Oct-10 | Nov-10 | Dec-10 | Total |
|---|---|---|---|---|---|---|---|
| **Projected Rental Income** | | | | | | | |
| Rental Income | 8,800 | 8,800 | 8,800 | 8,800 | 8,800 | 8,800 | 52,800 |
| | | | | | | | |
| **Projected operating expenses:** | | | | | | | |
| Insurance | 450 | 450 | 450 | 450 | 450 | 450 | 2,700 |
| Mortgage Payment | 5,109 | 5,109 | 5,109 | 5,109 | 5,109 | 5,109 | 30,654 |
| Repair and Maintenance | 50 | 50 | 50 | 50 | 50 | 50 | 300 |
| Taxes and Licenses | 1,375 | 1,375 | 1,375 | 1,375 | 1,375 | 1,375 | 8,250 |
| Electricity | 85 | 85 | 85 | 85 | 85 | 85 | 510 |
| Gas | 150 | 150 | 150 | 150 | 150 | 150 | 900 |
| Trash | 450 | 450 | 450 | 450 | 450 | 450 | 2,700 |
| Total projected operating expenses | 7,669 | 7,669 | 7,669 | 7,669 | 7,669 | 7,669 | 46,014 |
| | | | | | | | |
| **Projected Net Income** | $1,131 | $1,131 | $1,131 | $1,131 | $1,131 | $1,131 | $6,786 |

Case 2:10-bk-39295-TD   Doc 28   Filed 08/10/10   Entered 08/10/10 21:01:41   Desc
Main Document    Page 8 of 20

**SEQUOIA DAY INVESTMENT, INC.**
Budget - YORK
For the 6 Months Ending December 31, 2010

|  | Jul-10 | Aug-10 | Sep-10 | Oct-10 | Nov-10 | Dec-10 | Total |
|---|---|---|---|---|---|---|---|
| **Projected Rental Income** | | | | | | | |
| Rental Income | 9,037 | 9,037 | 9,037 | 9,037 | 9,037 | 9,037 | 54,222 |
| | | | | | | | |
| **Projected operating expenses:** | | | | | | | |
| Insurance | 650 | 650 | 650 | 650 | 650 | 650 | 3,900 |
| Mortgage Payment | 6,355 | 6,355 | 6,355 | 6,355 | 6,355 | 6,355 | 38,130 |
| Repair and Maintenance | 100 | 100 | 100 | 100 | 100 | 100 | 600 |
| Taxes and Licenses | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 7,500 |
| Water | 350 | 350 | 350 | 350 | 350 | 350 | 2,100 |
| Electricity | 40 | 40 | 40 | 40 | 40 | 40 | 240 |
| Gas | 450 | 450 | 450 | 450 | 450 | 450 | 2,700 |
| Trash | 150 | 150 | 150 | 150 | 150 | 150 | 900 |
| **Total projected operating expenses** | 9,345 | 9,345 | 9,345 | 9,345 | 9,345 | 9,345 | 56,070 |
| | | | | | | | |
| **Projected Net Loss** | ($308) | ($308) | ($308) | ($308) | ($308) | ($308) | ($1,848) |

**SEQUOIA DAY INVESTMENT, INC.**
**Budget - PRAIRIE**
**For the 6 Months Ending December 31, 2010**

| | Jul-10 | Aug-10 | Sep-10 | Oct-10 | Nov-10 | Dec-10 | Total |
|---|---|---|---|---|---|---|---|
| **Projected Rental Income** | | | | | | | |
| Rental Income: Prairie | 3,300 | 3,300 | 3,300 | 3,300 | 3,300 | 3,300 | 19,800 |
| | | | | | | | |
| **Projected operating expenses:** | | | | | | | |
| Advertising | 100 | 100 | 100 | 100 | 100 | 100 | 600 |
| Insurance | 300 | 300 | 300 | 300 | 300 | 300 | 1,800 |
| Mortgage Payment | 3,619 | 3,619 | 3,619 | 3,619 | 3,619 | 3,619 | 21,714 |
| Repair and Maintenance | 300 | 300 | 300 | 300 | 300 | 300 | 1,800 |
| Taxes and Licenses | 830 | 830 | 830 | 830 | 830 | 830 | 4,980 |
| Water | 50 | 50 | 50 | 50 | 50 | 50 | 300 |
| Electricity | 350 | 350 | 350 | 350 | 350 | 350 | 2,100 |
| Trash | 90 | 90 | 90 | 90 | 90 | 90 | 540 |
| **Total projected operating expenses** | 5,639 | 5,639 | 5,639 | 5,639 | 5,639 | 5,639 | 33,834 |
| | | | | | | | |
| **Projected Net Loss** | ($2,339) | ($2,339) | ($2,339) | ($2,339) | ($2,339) | ($2,339) | ($14,034) |

**SEQUOIA DAY INVESTMENT, INC.**
Budget - MOOREHAVEN
For the 6 Months Ending December 31, 2010

|  | Jul-10 | Aug-10 | Sep-10 | Oct-10 | Nov-10 | Dec-10 | Total |
|---|---|---|---|---|---|---|---|
| **Projected Rental Income** | | | | | | | |
| Rental Income | 1,325 | 1,325 | 1,325 | 1,325 | 1,325 | 1,325 | 7,950 |
| **Projected operating expenses:** | | | | | | | |
| Insurance | 100 | 100 | 100 | 100 | 100 | 100 | 600 |
| Mortgage Payment | 1,750 | 1,750 | 1,750 | 1,750 | 1,750 | 1,750 | 10,500 |
| Repair and Maintenance | 50 | 50 | 50 | 50 | 50 | 50 | 300 |
| Taxes and Licenses | 245 | 245 | 245 | 245 | 245 | 245 | 1,470 |
| **Total projected operating expenses** | 2,145 | 2,145 | 2,145 | 2,145 | 2,145 | 2,145 | 12,870 |
| **Projected Net Loss** | ($820) | ($820) | ($820) | ($820) | ($820) | ($820) | ($4,920) |

# EXHIBIT 2



**Multi-Family Lending**
**Apartment Operating History**

### Instructions
1. Provide a complete itemized operating history for the previous two full years ending 12/31 and the current year to date.
   a. If the property is new or newly renovated and no historical information is available, provide a complete year-to-date operating history from time of construction/renovation and a 12-month pro forma.
2. You may attach or provide your own form of itemized operating history or provide the Schedule E from your Federal Income Tax Return for each requested year. The operating history must include all of the information requested on this form.
3. Sign, date, and print your name and title in the area below or on the provided operating history or Schedule E.
   a. For purchase transactions, a seller-provided operating history is required.

Property Address: 12313 York Avenue Hawthorne, CA

| | 12/31 Year End 2009 | 12/31 Year End 2010 | Month YTD |
|---|---|---|---|
| **Annual Income** | | | |
| Rent Collected | $110,870 | $99,309 | |
| Laundry Income | | | |
| Parking Income | | | |
| Storage Income | | | |
| Other (please describe) | | | |
| **Total Income Collected** | $110,870 | $99,309 | |
| **Annual Expenses** | | | |
| Taxes | $14,361 | $14,716 | |
| Insurance | $7,759 | $7,800 | |
| Utilities (including garbage and cable TV) | $11,855 | $11,880 | |
| Management | | | |
| Resident Manager | | | |
| Offsite Manager | | | |
| Advertising/Telephone | $825 | | |
| Licenses | | | |
| Building Maintenance and Repair | | | |
| Pest Control, Painting, and Decorating | | | |
| Cleaning/Supplies | $3,060 | $1,800 | |
| Gardener | $980 | $1,800 | |
| Pool Service/Elevator Maintenance | | | |
| Other (please describe) | | | |
| **Total Annual Expenses** (if mastered metered, please indicate) | $38,840 | $37,996 | |
| **Net Operating Income** (total income minus total expenses) | $72,030 | $61,313 | |
| **Capital Expenditures** (non-recurring expenses) (please describe below or on attachment) | | | |
| **Total Capital Expenditures** | | | |
| **Total Expenses** (total annual expenses and total capital expenditures) | $38,840 | $37,996 | |

☐ See attached operating history dated _____

I have personally prepared or reviewed the information herein or on the attached and certify that it is true and correct.

Applicant's Signature: _[signature]_    Date: 7/28/10

Applicant's Printed Name and Title: SEQUOIA BAY INVESTMENT, INC.



**Multi-Family Lending**
**Apartment Rent Roll**

**Instructions**
1. Complete the rent roll providing all of the information requested below.
2. You may attach or provide your own form of rent roll. The attachment must include all of the information requested on this form.
3. Reported rent (and income) must be the current, in place, rent collected, as of the "Rent Roll Date" below. Reported rents may not include any forecasted, projected, market rent (or income) or any rent that exceeds what is legally permitted by applicable law or regulation.
    a. If a unit is vacant, report in the "Current Rent" column the last legal rent collected and place an "X" in the column labeled "Vacant?".
4. Sign and date below or on the provided rent roll.
    a. For purchase transactions, a seller-provided rent roll is required.

Rent Roll Date: 7/28/2010
Property Address: 12313 York Ave, Hawthorne, CA

| Unit Number* | Tenant Name | # of Bdrms | # of Baths | Square Footage | Current Rent (see 3 above) | Move-In Date | Vacant? ("X" if yes) | Lease Exp. Date (East Coast Rent Restricted Markets Only) | Date of Last Rent Increase | Rent Subsidy Program (Section 8, HAP, SCRIE, etc.)?** ("X" if yes) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | S. Bana | 3 | 2.0 | | $1,587 | 06/01/10 | | | | |
| 2 | P. Villalobes | 3 | 2.0 | | $1,300 | 09/01/09 | | | | |
| 3 | B. Cooper | 2 | 2.0 | | $1,200 | 08/01/10 | | | | |
| 4 | L. Adams | 2 | 2.0 | | $1,150 | 01/01/05 | | | | |
| 5 | F. Cartagena | 3 | 2.0 | | $1,500 | 01/01/09 | | | | |
| 6 | N. Garcia | 2 | 2.0 | | $1,200 | 10/001/08 | | | | |
| 7 | J. Harele | 2 | 2.0 | | $1,100 | 06/01/09 | | | | |
| 8 | | | | | | | | | | |
| 8 | | | | | $9,037 | | | | | |

* List each of the units that are furnished
** Describe any rent subsidies (for example, Section 8, preferential, SCRIE, HAP)

Monthly Rental Income    $9,037    Rent includes utilities:  ☐ Gas  ☐ Electricity  ☐ Water  ☐ Heat  ☐ Garbage  ☐ Cable TV  ☐ None
Monthly Laundry Income    _____    Are rental concessions being offered?  ☐ Yes  ☐ No
Monthly Parking Income    _____    If yes, please describe:
Monthly Storage Income    _____
Other Income

**CHASE**    Multi-Family Lending
Apartment Operating History

### Instructions
1. Provide a complete itemized operating history for the previous two full years ending 12/31 and the current year to date.
   a. If the property is new or newly renovated and no historical information is available, provide a complete year-to-date operating history from time of construction/renovation and a 12-month pro forma.
2. You may attach or provide your own form of itemized operating history or provide the Schedule E from your Federal Income Tax Return for each requested year. The operating history must include all of the information requested on this form.
3. Sign, date, and print your name and title in the area below or on the provided operating history or Schedule E.
   a. For purchase transactions, a seller-provided operating history is required.

Property Address: 124 E. Buckthorn St., Inglewood, CA

| | 12/31 Year End 2009 | 12/31 Year End 2010 | Month YTD |
|---|---|---|---|
| **Annual Income** | | | |
| Rent Collected | $56,920 | $99,000 | |
| Laundry Income | | | |
| Parking Income | | | |
| Storage Income | | | |
| Other (please describe): | | | |
| **Total Income Collected** | $56,920 | $99,000 | |
| **Annual Expenses** | | | |
| Taxes | $16,428 | $16,500 | |
| Insurance | $5,450 | $5,600 | |
| Utilities (including garbage and cable TV) | $6,128 | $8,220 | |
| Management | | | |
| Resident Manager | | | |
| Offsite Manager | | | |
| Advertising/Telephone | $284 | | |
| Licenses | | | |
| Building Maintenance and Repair | | | |
| Pest Control, Painting, and Decorating | | | |
| Cleaning/Supplies | $1,450 | $1,800 | |
| Gardener | $1,040 | $1,800 | |
| Pool Service/Elevator Maintenance | | | |
| Other (please describe): Plumbing | $1,458 | | |
| **Total Annual Expenses** (if mastered metered, please indicate) | $32,238 | $33,920 | |
| **Net Operating Income** (total income minus total expenses) | $24,682 | $65,080 | |

**Capital Expenditures** (non-recurring expenses)
(please describe below or on attachment)

| | | | |
|---|---|---|---|
| **Total Capital Expenditures** | | | |
| **Total Expenses** (total annual expenses and total capital expenditures) | $32,238 | $33,920 | |

☐ See attached operating history dated _____

I have personally prepared or reviewed the information herein or on the attached and certify that it is true and correct.

Applicant's Signature _____    Date 7/28/10

SEQUOIA DAY INVESTMENT, INC

Applicant's Printed Name and Title

CHASE

Multi-Family Lending
Apartment Rent Roll

**Instructions**
1. Complete the rent roll providing all of the information requested below.
2. You may attach or provide your own form of rent roll. The attachment must include all of the information requested on this form.
3. Reported rent (and income) must be the current, in place, rent collected, as of the "Rent Roll Date" below. Reported rents may not include any forecasted, projected, market rent (or income) or any rent that exceeds what is legally permitted by applicable law or regulation.
    a. If a unit is vacant, report in the "Current Rent" column the last legal rent collected and place an "X" in the column labeled "Vacant?".
4. Sign and date below or on the provided rent roll.
    a. For purchase transactions, a seller-provided rent roll is required.

**Rent Roll Date:** 7/28/2010
**Property Address:** 124 E. Buckthorn St.  Inglewood, CA

| Unit Number* | Tenant Name | # of Bdrms | # of Baths | Square Footage | Current Rent (see 3 above) | Move-In Date | Vacant? ("X" if yes) | Lease Exp. Date (East Coast Rent Restricted Markets Only) | Date of Last Rent Increase | Rent Subsidy Program (Section 8, HAP, SCRIE, etc.)?** ("X" if yes) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | J. Wright | 1 | 1.0 | | $825 | 11/01/09 | | | | |
| 2 | R. Jones | 1 | 1.0 | | $800 | 12/01/09 | | | | |
| 3 | R. Brown | 1 | 1.0 | | $825 | 11/01/07 | | | | |
| 4 | F. Retten-Colquitt | 1 | 1.0 | | $825 | 10/01/07 | | | | |
| 5 | W. Stanton | 2 | 2.0 | | $1,200 | 07/01/09 | | | | |
| 6 | H. Mendoza | 2 | 2.0 | | $1,200 | 02/01/09 | | | | |
| 7 | B. Philip | 1 | 1.0 | | $825 | 12/01/09 | | | | |
| 8 | R. Morris | 2 | 2.0 | | $1,200 | 03/01/09 | | | | |
| 9 | P. Akemon | 2 | 1.0 | | $1,100 | 07/01/10 | | | | |
| 9 | | | | | $8,800 | | | | | |

\* List each of the units that are furnished
\*\* Describe any rent subsidies (for example, Section 8, preferential, SCRIE, HAP)

Monthly Rental Income    $8,800    Rent includes utilities:    ☐ Gas  ☐ Electricity  ☐ Water  ☐ Heat  ☐ Garbage  ☐ Cable TV  ☐ None
Monthly Laundry Income    _____    Are rental concessions being offered?    ☐ Yes  ☐ No
Monthly Parking Income    _____    If yes, please describe:
Monthly Storage Income    _____
Other Income

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:


A true and correct copy of the foregoing document described

DEBTOR'S RESPONSE TO J.P. MORGAN CHASE BANK, N.A. OBJECTION TO DEBTOR MOTION FOR ORDER TO USE CAHS COLLATERAL and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and LBR(s), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____8/10/2010_____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

   **NOTE:** - *Proposed orders are not docketed. Therefore, do not list any addresses in Category I.*


**II. SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On August 10, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

X   Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____8/10/2010_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8/10/2010 | GERALD O. EGBASE | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2009                                            Page 5                                            F 9075-1.2.ORDER

# SERVICE INFORMORMATION

ELECTRONIC MAIL

United States Trustee (SA) ———————— ustpregion16.sa.ecf@usdoj.gov

Attorney For Debtor———————— info@anthonyegbaselaw.com

Mitchell B. Ludwig————————————mbl@kpelegal.com

Alan Mirman ————————————————amirman@mbnlawyers.com

## GROUP A.

**Office of The United States Trustee**
**725 S. Figueroa Street, Suite 2600**
**Los Angeles, CA 90017**

<u>Attorneys for J.P. Morgan Chase</u>
Mitchell B. Ludwig                                mbl@kpelegal.com
KNAPP, PERTERSEN & CLARK
550 N. BRAND BOULEVARD, SUITE 1500
GLENDALE, CA. 91203

<u>Attorneys for Beach Business Bank</u>

Alan M. Mirman, Esq.
Mirman, Bubman & Nahmias LLP
21860 Burbank Boulevard, Suite 360
Woodland Hills, California 91367-7406

Washington Mutual Mortgage/ Chase
Attention: Bankruptcy Dept. JAXA 2035
7255 Bay Meadows Way
Jacksonville, FL 32256

Specialized Loan Servi
8742 Lucent Blvd
Highlands Ranch, CO 80129

Beach Business Bank
1230 Rosecrans Ave,, Suite 100
Manhattan Beach, CA 90266

{00095881 }16

**Utilities Companies**

1. The Gas Co.
2. P. o. Box C
3. Monterey Park, Ca 91756

4. California Water Service Co
5. 2632 W. 237th Street
6. Torrance, Ca 90505

7. Edison
8. P. O. Box 300
9. Rosemead, Ca 91772

10. City of Inglewood
11. One Manchester Blvd.
12. Inglewood, Ca 90301

13. Allied Water
14. 12949 Telegraph Road
15. Santa Fe Springs, Ca 90670.

16. Bac Home Loans Servicing, LP
17. 450 American St
18. Simi Valley, CA 93065

19. Bank Of America
20. Attn: Bankruptcy NC4-105-03-14
21. Po Box 26012
22. Greensboro, NC 27410

23. Beach Business Bank
24. 1230 Rosecrans Ave,, Suite 100
25. Manhattan Beach, CA 90266

26. Cap One Na
27. 8401 Connecticut Avenue
28. Chevy Chase, MD 20815

Chase
P.O. Box 94014
Palatine, IL 60094

Citi

{00095881 }17

| | |
|---|---|
| 1 | Pob 6241 |
| | Sioux Falls, SD 57117 |
| 2 | |
| 3 | HSBC / Costco |
| | Hsbc Retail Srvs/Attention: Bankruptcy D |
| 4 | Po Box 5263 |
| | Carol Stream, IL 60197 |
| 5 | |
| 6 | Hsbc Best Buy |
| | Attn: Bankruptcy |
| 7 | Po Box 5263 |
| | Carol Stream, IL 60197 |
| 8 | |
| 9 | J J Mac Intyre Co Inc |
| | 1801 California Ave |
| 10 | Corona, CA 92881 |
| 11 | |
| | Mitchell B. Ludwig |
| 12 | Knapp, Ptersen & Clerk |
| | 550 N. Brand, Suite 1500 |
| 13 | Glendale, CA 91203 |
| 14 | |
| | Oxford Collection Serv |
| 15 | 135 Maxess Road |
| 16 | Melville, NY 11747 |
| 17 | Specialized Loan Service |
| | 8742 Lucent Blvd |
| 18 | Highlands Ranch, CO 80129 |
| 19 | |
| | United Savings Bank Fs |
| 20 | 711 Van Ness Ave Ste 270 |
| 21 | San Francisco, CA 94102 |
| 22 | United States Trustee |
| | 725 So. Figueroa St. |
| 23 | 26th Floor |
| 24 | Los Angeles, CA 90017 |
| 25 | |
| | Washington Mutual Mortgage/ Chase |
| 26 | Attention: Bankruptcy Dept. JAXA 2 |
| | 7255 Bay Meadows Way |
| 27 | Jacksonville, FL 32256 |
| 28 | |

Washington Mutual Mortgage/ Chase
Attention: Bankruptcy Dept. JAXA 2035
7255 Bay Meadows Way
Jacksonville, FL 32256

Wf financial
800 Walnut St
Des Moines, IA 50309

{00095881 }19