Anthony O. Egbase, (SBN 181721)

**LAW OFFICES OF ANTHONY O. EGBASE & ASSOCIATES**

The World Trade Center

350 South Figueroa Street, Suite 189

Los Angeles, California 90071

Tel. (213) 620-7070; Fax. (213)-620-1200

Attorney For Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In Re:** | Lead Case No. **2:10-bk-39295-TD** |
| | Case No. 2:10-bk- 39330 𝒯·𝐷 |
| **In re : Sequoia Day Investment, Inc.** | Chapter 11 |
| | **NOTICE OF RE-SCHEDULED SECTION 341(a) MIEETING OF CREDITORS** |
| **In re: Theresa Ngozi Aduba.,** | |
| **Debtors-in-Possession** | **ORIGNAL Hearing Date:** |
| ☐ Affects **All Debtors** | **August 23, 2010 Time:** |
| ☒ Affects **Sequoia Day Investment, Inc.** | **10:00 AM** |
| ☐ Affects **Theresa Ngozi Aduba.,** | **Location: 725 S. Figueroa St. Room 2610** |
| | **Los Angeles,  90071 CA** |
| | |
| | **NEW Hearing** |
| | **Date: September 29, 2010** |
| | **Time: 1:15PM** |
| | **Location: 725 S Figueroa St., Room 2610,** |
| | **Los Angeles, CA 90071** |

**TO THE HONORABLE THOMAS  DONOVAN, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; THE DEBTOR'S UNSECURED CREDITORS; THE DEBTOR'S SECURED CREDITORS; AND ALL OTHER PARTIES ENTITLED TO NOTICE:**

PLEASE TAKE NOTICE that the Section originally scheduled for August 23, 2010 at 1:00 PM has been re-scheduled to September 92, 2010 at 10:00AM to be held at 725 S. Figueroa St. Room 2610

Los Angeles, 90071 CA. A Notice of Re-Scheduled 341(a) Meeting 1 true and correct copy of the original Notice of the Section 341(a) Meeting of Creditors is attached hereto as "Exhibit 1."

Dated: August 30, 2010

By: _____

Law Offices Anthony O. Egbase & Associates Proposed
Reorganization Counsel for Debtor and Debtor in Possession